**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Oscar GOMEZ–TRUJILLO,**
**Defendant–Appellant.**

**No. 03–51047.**

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 30, 2006.

Diane D. Kirstein, Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Howard Sohn, Levine & Finger, Miami, FL, for Defendant–Appellant.

Before KING and BARKSDALE, Circuit Judges.*

* Judge Pickering was a member of the original panel but retired from the Court on December 8, 2004 and, therefore did not participate in this decision. This matter is being decided by a quorum. 28 U.S.C. § 46(d).

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: **

IT IS ORDERED that Plaintiff–Appellee's motion to reinstate prior affirmance of Defendant–Appellant's conviction in lieu of filing supplemental *Booker* brief is GRANTED. Defendant–Appellant Oscar Gomez–Trujillo raised a *Booker* issue for the first time in his petition for certiorari. Thus, as he recognizes, we will not consider his challenge absent extraordinary circumstances. Because Gomez–Trujillo cannot meet the plain-error test, he necessarily fails to meet the much more demanding standard for "extraordinary circumstances." *United States v. Rodriguez–Gutierrez*, 428 F.3d 201 (5th Cir.2005). Gomez–Trujillo's conviction and sentence are AFFIRMED.

IT IS FURTHER ORDERED that Plaintiff–Appellee's alternative motion to extend time to file Plaintiff–Appellee's supplemental brief until 14 days after denial of motion to reinstate prior affirmance is DENIED as moot.

---

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

